UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDWARD J. JABLONSKI,

    Plaintiff,

v.                                                                                          Case No: 2:15-cv-383-FtM-38CM

CHRISTOPHER W. MARTIN,
TODD M. LONERGAN and
MARTIN, DISIERE, JEFFERSON
& WISDOM,

    Defendants.

### ORDER

Before the Court is Plaintiff's Motion for Extension of Time (Doc. 27), filed on November 13, 2015. Plaintiff, *pro se*, seeks a 30-60-day extension to respond to the complaint. Doc. 27 at 1. A review of the docket indicates that Defendant has not filed a complaint or counterclaim against Plaintiff to which an answer would be required. The district court, however, granted Defendants' motion to dismiss without prejudice and directed Plaintiff to file an Amended Complaint on or before **November 20, 2015** (Doc. 20). To the extent Plaintiff is referring to the district court's order directing him to file an Amended Complaint, Plaintiff's request for extension is granted. Plaintiff stated that he spoke with Defendants' counsel who does not oppose an extension. Doc. 27 at 1.

As a reminder, before preparing any further pleadings, Plaintiff is encouraged to visit the "Proceeding Without a Lawyer" section of this Court's website at www.flmd.uscourts.gov. The website includes tips, frequently asked questions,

sample forms, and a "Guide for Proceeding Without a Lawyer." Plaintiff is informed that if he chooses to proceed *pro se*, it is mandatory that he proceed in accordance with Federal and Local Rules. *Loren v Sasser*, 309 F.3d 1296, 1304 (11th Cir. 2002) (noting that despite certain leniency afforded *pro se* parties, they must follow procedures).

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's Motion for Extension of Time (Doc. 12) is **GRANTED**.

2. Plaintiff shall have up to and including **December 21, 2015** to file his Amended Complaint consistent with the district court's directives in the Order (Doc. 20) permitting Plaintiff to file an Amended Complaint.

**DONE** and **ORDERED** in Fort Myers, Florida on this 16th day of November, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record
Pro Se Parties