UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDWARD J. JABLONSKI,

    Plaintiff,

v.                                                        Case No:  2:15-cv-383-FtM-38CM

CHRISTOPHER W. MARTIN, TODD
M. LONERGAN and MARTIN,
DISIERE, JEFFERSON & WISDOM,

    Defendants.
_____/

**ORDER**[1]

This matter comes before the Court on Plaintiff's Motion for Remand and Motion for Directed Verdict (Doc. #64) filed on July 1, 2016.  Pursuant to Middle District of Florida Local Rule 3.01(a), each motion must include "a concise statement of the precise relief requested, a statement of the basis for request, and a memorandum of the legal authority in support of the request."  For the instant Motion, Plaintiff failed to include a statement of the basis for request sought or a memorandum of the legal authority in support of the request.  Instead, Plaintiff included two sentences asking for the precise relief requested – remand to Florida state court and a directed verdict in his favor.  Because Plaintiff failed

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

to comply with the Local Rules of this District, Plaintiff's Motion for Remand and Motion for Directed Verdict must be denied.[2]

Accordingly, it is now

**ORDERED:**

1. Plaintiff's Motion for Remand and Motion for Directed Verdict (Doc. #64) is **DENIED**.

2. The Clerk is directed to mail a copy of this Order to Plaintiff.

**DONE** and **ORDERED** in Fort Myers, Florida, this 14th day of July, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[2] The Court encourages Plaintiff to visit the "Proceeding Without A Lawyer" section on the Middle District of Florida's website for assistance with future filings.  *See Proceeding Without A Lawyer*, available at https://www.flmd.uscourts.gov/pro_se/default.htm.