UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDWARD J. JABLONSKI,

    Plaintiff,

v.                       Case No: 2:15-cv-383-FtM-38CM

CHRISTOPHER W. MARTIN,
TODD M. LONERGAN, MARTIN,
DISIERE, JEFFERSON &
WISDOM and TRAVELERS
COMPANIES, INC.,

    Defendants.

## ORDER

This matter comes before the Court upon review of Plaintiff's Motion for Appointment of Counsel (Doc. 82) filed on October 26, 2016 and Motion to Strike the Court's Order (Doc. 83) filed on November 7, 2016.  Plaintiff seeks (1) the appointment of counsel and (2) to strike the Order (Doc. 78) entered on September 15, 2016 and to reopen this matter.  Plaintiff does not show any legal basis to support his motions.  Docs. 82, 83.

On August 1, 2016, United States District Judge Sheri Polster Chappell dismissed this matter for Plaintiff's failure to comply with the Court's Orders, the Federal Rules of Civil Procedure, and the Local Rules of this District.  Doc. 70 at 3. On August 2, 2016, the Clerk of Court terminated any pending motions or deadlines, entered judgment, and closed this case.  Doc. 71.  Plaintiff attempted to reopen this matter, which Judge Chappell denied on September 15, 2016 and September 29,

2016. Docs. 78, 81. In light of Judge Chappell's Orders, Plaintiff's motions are denied as moot.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's Motion for Appointment of Counsel (Doc. 82) is **DENIED as moot**.

2. Plaintiff's Motion to Strike the Court's Order (Doc. 83) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 14th day of November, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record

Edward J. Jablonski *pro se*
2886 Coral Way
Punta Gorda, FL 33950